

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00387-CR

**EX PARTE** Franklin Jose **VELASQUEZ MARTINEZ**

From the County Court, Kinney County, Texas
Trial Court No. 10369CR
Honorable Roland Andrade, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 11, 2023.

_____
Lori I. Valenzuela, Justice